# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PATRICK YERBY, derivatively on behalf of TIVITY HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> DONATO J. TRAMUTO, ADAM C. HOLLAND, DAWN M. ZIER, SARAH J. FINLEY, ROBERT GRECZYN, JR., PETER A. HUDSON, BETH M. JACOB, BRADLEY S. KARRO, PAUL H. KECKLEY, BENJAMIN A. KIRSHNER, LEE A. SHAPIRO, ARCHELLE GEORGIOU, DANIEL G. TULLY, and KEVIN G. WILLIS, <br><br> Defendants, <br><br> and <br><br> TIVITY HEALTH, INC., <br><br> Nominal Defendant. | C.A. No. 20-cv-903-RGA |
| THOMAS R. CONTE and MELVYN KLEIN, Derivatively On Behalf Of TIVITY HEALTH, INC., <br><br> Plaintiffs, <br><br> v. <br><br> ROBERT J. GRECZYN, JR., KEVIN G. WILLIS, SARA J. FINLEY, PETER A. HUDSON, BETH M. JACOB, BRADLEY S. KARRO, LEE A. SHAPIRO, PAUL H. KECKLEY, DANIEL G. TULLY, and BENJAMIN A. KIRSHNER, <br><br> Defendants, <br><br> and <br><br> TIVITY HEALTH, INC., <br><br> Nominal Defendant. | C.A. No. 20-cv-905-RGA |

| | |
|---|---|
| MARK RIDENOUR, Derivatively on Behalf of TIVITY HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> KEVIN G. WILLIS, SARA J. FINLEY, ROBERT J. GRECZYN, JR., PETER A. HUDSON, BETH M. JACOB, BRADLEY S. KARRO, PAUL H. KECKLEY, BENJAMIN A. KIRSHNER, LEE A. SHAPIRO, DAWN M. ZIER, ARCHELLE GEORGIOU, DANIEL G. TULLY, DONATO TRAMUTO, and ADAM C. HOLLAND, <br><br> Defendants, <br><br> -and- <br><br> TIVITY HEALTH, INC., a Delaware corporation, <br><br> Nominal Defendant. | C.A. No. 20-cv-973-RGA |

**JOINT STIPULATION AND [PROPOSED] ORDER CONSOLIDATING RELATED SHAREHOLDER DERIVATIVE ACTIONS AND <u>ESTABLISHING A LEADERSHIP STRUCTURE</u>**

WHEREAS, on July 2, 2020, plaintiff Patrick Yerby ("Plaintiff Yerby") filed a shareholder derivative action on behalf of nominal defendant Tivity Health, Inc. ("Tivity" or the "Company") in this Court alleging breaches of fiduciary duty, unjust enrichment, waste of corporate assets, abuse of control, gross mismanagement, and violations of Sections 14(a), 10(b), and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") against defendants Donato J. Tramuto, Adam C. Holland, Dawn M. Zier, Sarah J. Finley, Robert Greczyn, Jr., Peter A. Hudson, Beth M. Jacob, Bradley S. Karro, Paul H. Keckley, Benjamin A. Kirshner, Lee A. Shapiro, Archelle Georgiou, Daniel G. Tully, and Kevin G. Willis (collectively "Individual Defendants" and together with the Company, "Defendants"), captioned *Yerby v. Tramuto, et al.*, Case No. 20-cv-903-RGA (the "*Yerby* Action");

2

WHEREAS, also on July 2, 2020, plaintiffs Thomas R. Conte and Melvyn Klein ("Plaintiffs Conte and Klein") filed another shareholder derivative action on behalf of Tivity in this Court alleging breaches of fiduciary duty, waste of corporate assets, and unjust enrichment against certain of the Individual Defendants, captioned *Conte et al., v. Greczyn, et al.*, Case No. 20-cv-905-RGA (the "*Conte* Action");[1]

WHEREAS, on July 22, 2020, plaintiff Mark Ridenour ("Plaintiff Ridenour" and together with Plaintiffs Conte and Klein and Plaintiff Yerby, "Plaintiffs") filed another shareholder derivative action in this Court alleging substantially similar facts and making substantially similar claims against the same defendants as the *Yerby* Action, captioned *Ridenour v. Wills, et al.*, Case No. 20-cv-973-RGA (the "*Ridenour* Action," and together with the *Yerby* Action and the *Conte* Action, the "Related Derivative Actions");

WHEREAS, on July 23, 2020, Plaintiff Yerby and Defendants stipulated to extend the time for Defendants to respond to the complaint filed in the *Yerby* Action, as Plaintiff Yerby sought to consolidate the *Yerby* Action with the *Conte* Action and the *Ridenour* Action. This Court so ordered that stipulation on July 28, 2020;

WHEREAS, on July 28, 2020, Plaintiff Ridenour and Defendants filed a similar stipulation in the *Ridenour* Action, to extend the time for Defendants to respond to the complaint filed in the *Ridenour* Action, as Plaintiff Ridenour sought to consolidate the *Ridenour* Action with the *Yerby* Action and the *Conte* Action. This Court so ordered that stipulation on July 29, 2020;

WHEREAS, on August 10, 2020, Plaintiffs Conte and Klein and certain of the Defendants filed a similar stipulation in the *Conte* Action, staying any deadline for defendants to respond to

---

[1] The *Conte* Action names all of the Defendants except Donato J. Tramuto, Adam C. Holland, Dawn M. Zier, and Archelle Georgiou.

3

the complaint filed in the *Conte* Action, as the plaintiffs sought to discuss possible consolidation of the *Conte* Action with the *Yerby* and *Ridenour* Actions. This Court so ordered that stipulation on August 11, 2020;

WHEREAS, Defendants are all represented by the same counsel;

WHEREAS, under Fed. R. Civ. P. 42(a), when actions involve "a common question of law or fact," the Court may "(1) join for hearing or trial any or all matters at issue in the actions; (2) consolidate the actions; or (3) issue any other orders to avoid unnecessary cost or delay";

WHEREAS, the Related Derivative Actions challenge substantially the same alleged conduct by the same Company directors and officers and involve substantially the same questions of law and fact;

WHEREAS, the parties therefore respectfully submit that consolidation of the Related Derivative Actions is appropriate;

WHEREAS, to avoid potentially duplicative actions and to prevent any waste of the Court's and nominal defendant's resources, the parties agree that the Related Derivative Actions should be consolidated for all purposes, including pre-trial proceedings and trial, into a single consolidated action;

WHEREAS, in order to realize the efficiencies made possible by consolidation of the Related Derivative Actions, Plaintiffs agree that The Brown Law Firm, P.C. and Levi & Korsinsky, LLP, the respective resumes of which are attached hereto as Exhibits A and B, shall be designated as Co-Lead Counsel representing plaintiffs in the consolidated action;

WHEREAS, Plaintiffs also agree that Farnan LLP shall be designated Liaison Counsel representing plaintiffs in the consolidated action;

WHEREAS, without waiving any rights, arguments or defenses, Defendants agree the Related Derivative Actions should be consolidated and take no position regarding appointment of Lead Counsel or Liaison Counsel;

WHEREAS, this stipulation is not a waiver of any of the parties' rights, remedies, claims, or defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, and upon approval and entry by the Court shall be ORDERED, as follows:

1. The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, under Case No. 20-cv-903-RGA (the "Consolidated Action"), pursuant to Federal Rule of Civil Procedure 42(a):

| **Case Name** | **Case Number** | **Date Filed** |
| --- | --- | --- |
| *Yerby v. Tramuto, et al.* | 20-cv-903-RGA | July 2, 2020 |
| *Conte et al., v. Greczyn, et al.* | 20-cv-905-RGA | July 2, 2020 |
| *Ridenour v. Wills, et al.* | 20-cv-973-RGA | July 22, 2020 |

2. Every pleading filed in the Consolidated Action, or in any separate action included herein, must bear the following caption:

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
| --- | --- |
| IN RE TIVITY HEALTH, INC. DERIVATIVE LITIGATION | Lead Case No. 20-cv-903-RGA |

3. All papers filed in connection with the Consolidated Action will be maintained in one file under Lead Case No. 20-cv-903-RGA.

4. Co-Lead Counsel for plaintiffs for the conduct of the Consolidated Action shall be:

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: gnespole@zlk.com

5. Plaintiffs' Co-Lead Counsel shall have the sole authority to speak for plaintiffs in all matters regarding pre-trial procedure, trial, and settlement negotiations, and shall make all work assignments in such manner as to facilitate the orderly and efficient prosecution of this litigation and to avoid duplicative or unproductive effort.

6. Co-Lead Counsel will be responsible for coordinating all activities and appearances on behalf of plaintiffs.  No motion, request for discovery, or other pre-trial or trial proceedings will be initiated or filed by any plaintiffs except through Co-Lead Counsel.

7. Liaison Counsel for plaintiffs for the conduct of the Consolidated Action shall be:

**FARNAN LLP**
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

8. Plaintiffs' Liaison Counsel shall be available and responsible for communications to and from this Court, including distributing orders and other directions from the Court to counsel.

Liaison Counsel shall be responsible for creating and maintaining a master service list of all parties and their respective counsel.

9. Defendants' counsel may rely upon all agreements made with Co-Lead Counsel, or other duly authorized representative of Co-Lead Counsel, and such agreements shall be binding on all Plaintiffs.

10. This Order shall apply to each derivative case arising out of the same, or substantially the same, transactions or events as these cases, which is subsequently filed in, removed to, reassigned to, or transferred to this Court. When a derivative case that properly belongs as part of *In re Tivity Health, Inc. Derivative Litigation*, Lead Case No. 20-cv-903-RGA, is hereafter filed in this Court, removed to this Court, reassigned to this Court, or transferred here from another court, this Court requests the assistance of counsel in calling to the attention of the Clerk of the Court the filing, reassignment, or transfer of any case that might properly be consolidated as part of *In re Tivity Health, Inc. Derivative Litigation*, Lead Case No. 20-cv-903-RGA, and counsel are to assist in assuring that counsel in subsequent actions receive notice of this order.

11. Within thirty (30) days of the date that the Court enters this order, the parties shall meet and confer regarding a proposed schedule to submit with the Court.

12. This Stipulation is without prejudice to any and all other defenses Defendants may assert in this or any of the above-referenced actions and without prejudice to any and all claims Plaintiffs may assert.

IN WITNESS WHEREOF, the parties, through their undersigned counsel, have executed this Stipulation as of this 21st September, 2020.

**FARNAN LLP**

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Facsimile: (302) 777-0301
Email: bfarnan@farnanlaw.com
Email: mfarnan@farnanlaw.com

*Counsel for Plaintiffs Yerby and Ridenour and [Proposed] Liaison Counsel for Plaintiffs*


**LEVI & KORSINSKY, LLP**
Gregory M. Nespole
55 Broadway, 10th Floor
New York, NY 10006
Telephone: (212) 363-7500
Email: gnespole@zlk.com

*Counsel for Plaintiff Ridenour and [Proposed] Co-Lead Counsel for Plaintiffs*

**THE BROWN LAW FIRM, P.C.**
Timothy Brown
240 Townsend Square
Oyster Bay, NY 11771
Telephone: (516) 922-5427
Facsimile: (516) 344-6204
Email: tbrown@thebrownlawfirm.net

*Counsel for Plaintiff Yerby and [Proposed] Co-Lead Counsel for Plaintiffs*

**THE ROSEN LAW FIRM, P.A.**
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
pkim@rosenlegal.com

Respectfully submitted,

**MORRIS, NICHOLS, ARSHT & TUNNEL LLP**

*/s/ D. McKinley Measley*
D. McKinley Measley (#5108)
Jennifer A. Ward (#6476)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
dmeasley@mnat.com
jward@mnat.com

OF COUNSEL:

**KING & SPALDING LLP**
Jessica P. Corley
Lisa R. Bugni
1180 Peachtree Street NE
Atlanta, GA 30309
Telephone: (404) 572-4600
jpcorley@kslaw.com
lbugni@kslaw.com

*Counsel for Defendants*

*Counsel for Plaintiff Yerby*

**O'KELLY & ERNST, LLC**

/s/ Ryan Ernst
Ryan Ernst (Bar No. 4788)
824 N. Market Street, Suite 1001A
Wilmington, DE 19801
Telephone: (302) 778-4000
Email: rernst@oelegal.com

**GAINEY McKENNA & EGLESTON**
Thomas J. McKenna
Gregory M. Egleston
501 Fifth Avenue, 19th Floor
New York, NY 10017
Telephone: (212) 983-1300
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

*Counsel for Plaintiffs Conte and Klein*

**IT IS SO ORDERED** this _____ day of _____, 2020.

                                                               HON. RICHARD G. ANDREWS
                                                               UNITED STATES DISTRICT JUDGE